UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Milwaukee)

| | |
|---|---|
| Vickie Hill, | Case No. 2:23-cv-00173-LA |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANT KOKLS CORPORATION WITH PREJUDICE** |
| v. | |
| Kohls Corporation | |
| Defendants. | |

Plaintiff Vickie Hill and Defendant Kohl's Corporation, properly known as Kohl's, Inc. ("Kohl's"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss all claims in this action as to Kohls with prejudice, each party to bear its own attorneys' fees and costs.

Dated: August 11, 2023

*/s/ Elliot Gale*
Elliot Gale
**GALE, ANGELO, JOHNSON, & PATRICK, P.C.**
1430 Blue Oaks Blvd., Suite 250
Roseville, CA 95747
Telephone: (916) 290-7778
Email: egale@gajplaw.com

*/s/ Rachel Cash*
Rachel Cash
Burr & Forman LLP
420 N. 20th St Ste 3400
Birmingham, AL 35203
205-458-5483
Email: rcash@burr.com